IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | CASE NO. 4:11CR3065 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY BRACEY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's unopposed motion to continue his deadline for filing a variance/downward departure motion and brief. Being fully advised in the premises, and noting that the government has no objection, this Court finds that defendant's motion should be granted.

IT IS THEREFORE ORDERED that defendant shall file any variance/downward motion and brief no later than March 30, 2012.

DATED this 20th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge