IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | CASE NO. 4:11CR3065 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY BRACEY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's unopposed motions to continue his deadline for filing a variance/downward departure motion and brief and to continue the sentencing hearing presently scheduled for April 3, 2012 (filing no. 36). Being fully advised in the premises, and noting that the government has no objection, this Court finds that defendant's motions should be granted.

IT IS THEREFORE ORDERED that defendant shall file any variance/downward motion and brief no later than May 1, 2012. The undersigned's tentative findings will be filed on or about May 4, 2012.

IT IS FURTHER ORDERED that defendant's sentencing hearing is rescheduled for Wednesday, May 16, 2012, at 12:30 p.m. The defendant is ordered to appear at this hearing.

DATED this 28th day of March, 2012.

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge