IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | CASE NO. 4:11CR3065 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LARRY BRACEY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's motion to continue his deadline for filing a variance/downward departure motion and brief and to continue the sentencing hearing presently scheduled for May 16, 2012 (filing no. 38). Being fully advised in the premises, this Court finds that defendant's motion should be granted.

IT IS THEREFORE ORDERED that defendant shall file any variance/downward motion and brief no later than July 3, 2012. The undersigned's tentative findings will be issued on or about July 10, 2012.

IT IS FURTHER ORDERED that defendant's sentencing hearing is rescheduled for Tuesday, July 17, 2012, at 1:00 p.m. The defendant is ordered to appear at this hearing.

DATED this 1st day of May, 2012

BY THE COURT:

*Richard G. Kopf*
The Honorable Richard G. Kopf
Senior United States District Judge