IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CASE NO. 4:11CR3065 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LARRY BRACEY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's unopposed motion to continue his deadline for filing a variance motion and brief until July 9, 2012 (filing 40). Being fully advised in the premises, this Court finds that defendant's motion should be granted.

IT IS THEREFORE ORDERED that defendant shall file any variance motion and brief no later than July 9, 2012.

DATED this 12th day of July, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge